IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERLE J. DUEHR, JR, Chairman on behalf of the Steelworkers Pension Trust,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL MANAGEMENT CO. VI INC., d/b/a FRENCHMAN'S REEF & MORNING STAR MARRIOTT RESORT,<br><br>Defendant. | Civil Action<br><br>No. 10-4342 |

## ORDER

AND NOW, this 10 day of February, 2011, upon consideration of plaintiff's Motion for Award of Counsel Fees and Entry of Civil Judgment and the Affidavits submitted with said Motion, and it appearing the defendant has failed to plead or otherwise defend, it is hereby **ORDERED** that:

(1) Judgment is entered in favor of the plaintiff Steelworkers Pension Trust against defendant Marriott Hotel Management Co. VI, Inc., in the sum of $1,230.02 for principal, interest, and ERISA interest pursuant to 29 U.S.C. § 1132(g)(2)(A)-(C); and

(2) Judgment is entered in favor of the plaintiff Steelworkers Pension Trust against defendant Marriott Hotel Management Co. VI, Inc., in the sum of $2,062.50 for attorney's fees pursuant to 29 U.S.C. § 1132(g)(2)(D).

/s/ Louis H. Pollak
Pollak, J.